AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

EDSON LNU

**CRIMINAL COMPLAINT**

CASE NUMBER: MJ # 05-839-MBB

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __March 30, 2005__ in __Suffolk__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense) knowingly transfer false identification documents, that is, resident alien cards and social security cards, knowing that such documents were produced without lawful authority

in violation of Title __18__ United States Code, Section(s) __1028(a)(2)__.

I further state that I am a(n) __ICE Special Agent__ and that this complaint is based on the following
                                    Official Title
facts:

See attached affidavit of Thomas L. Ohlson

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

May 17, 2005 @ 1:50 PM.       at    Boston, MA
Date                                 City and State

MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE    _____
Name & Title of Judicial Officer       Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.