## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Mag. Judge No. 05-839-MBB |
| ) | |
| EDSON LNU, ) | |
| Defendant ) | |

### GOVERNMENT'S MOTION TO UNSEAL

The United States respectfully moves the Court to unseal the complaint, and supporting affidavit in this matter and as grounds states that the defendant was arrested today, May 19, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: *Sandra S. Bower*
SANDRA S. BOWER
Assistant U.S. Attorney

*May 19, 2005. allowed.*

*Marianne B. Bowler, USMJ*